PER CURIAM.
We find no merit in the points raised on appeal. On the cross-appeal, however, section 68.065(1), Florida Statutes (1991), requires an award of three times the $16,634.60 bad check issued by Nasr International Trading Co., Inc. in addition to, rather than including, the face amount of the check. Krontz v. Feiler, 553 So. 2d 1302 n. 1 (Fla. 3d DCA 1989). Hence, the judgment on this basis for Rahul International, Inc., and against Nasr International Trading Co., Inc., shall be increased after remand from $49,-903.80 ($16,634.60 + 2 x $16,634.60) to $66,-538.40 ($16,634.60 + 3 x $16,634.60).
Affirmed as modified.